UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21656-CIV-MORENO

ISRAEL LOPEZ,

    Plaintiff,

vs.

GUSTAVO J. GARCIA-MONTES,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Claim against Defendant Gustavo J. Garcia-Montes **(D.E. No. 1)**, filed on **June 10, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 4)** on **June 26, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 4)** on **June 26, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

(2)   Plaintiff's Motion to Proceed *In Forma Pauperis* **(D.E. No. 2)**, filed on **June 10, 2008** is **DENIED** as moot.

(3)   This case is now **CLOSED**, and all other pending motions are denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Israel Lopez, Pro Se
Training & Treatment Center
6950 N.W. 41st St.
Miami, Fl  33166